Robert A. Bailey (#214688)
  rbailey@afrct.com
Michael Rapkine (#222811)
  mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
301 North Lake Avenue, Suite 1100
Pasadena, California 91101
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB and World Savings Bank, FSB
("Wells Fargo")

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: ELY S. TANGONAN; and SONIA P. TANGONAN,<br><br>Debtors. | Case No.: 13-32430-HLB<br><br>Adv. Case No.: 17-03042-HLB<br><br>Chapter 13 |
| ELY S. TANGONAN; and SONIA P. TANGONAN,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WORLD SAVINGS, FSB; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, a Limited Liability Partnership; BSI FINANCIAL SERVICES; and DOES 1 through 5, inclusive,<br><br>Defendants. | **NOTICE OF HEARING REGARDING DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE ADVERSARY COMPLAINT**<br><br>Date:     September 7, 2017<br>Time:     2:00 p.m.<br>Judge:    The Hon. Hannah L. Blumenstiel<br>Place:    U.S. Bankruptcy Court<br>          Courtroom 19<br>          450 Golden Gate Ave., 16th Floor<br>          San Francisco, CA 94102 |

**TO THE DEBTORS, ALL OTHER INTERESTED PARTIES, THE CLERK OF THE**

**COURT, AND THE HONORABLE HANNAH L. BLUMENSTIEL:**

Case: 17-03042    Doc# 7    Filed: 06/29/17    Entered: 06/29/17 17:37:47    Page 1 of 2

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1  PLEASE TAKE NOTICE that defendant Wells Fargo Bank, N.A., successor by merger

2 with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB and

3 World Savings Bank, FSB (hereinafter, "Wells Fargo") has filed a motion for an order

4 dismissing the adversary complaint in the above-entitled matter. Wells Fargo's motion is

5 brought pursuant to Rules 7008 and 7012(b)(6).

6  The motion to dismiss is scheduled to be heard before the Honorable Hannah L.

7 Blumenstiel on September 7, 2017 at 2:00 p.m., at the above-entitled Court located at 450

8 Golden Gate Avenue, Courtroom 19 (16th Floor), San Francisco, CA 94102.

9  The motion is supported by this notice of hearing, the motion, the memorandum of points

10 and authorities, and the accompanying Request for Judicial Notice filed in support thereof.

11  Any opposition to the requested relief must be filed and served upon the initiating party

12 at least 14 days before the hearing date. Any opposition must be accompanied by any

13 declarations or memoranda of law any opposing party wishes to present in support of its position.

14 If there is no timely opposition to the requested relief, the Court may enter an order granting the

15 relief by default.

16

17         Respectfully submitted,

18 Dated: June 29, 2017     ANGLIN, FLEWELLING, RASMUSSEN,
                  CAMPBELL & TRYTTEN LLP

19

20         By: ___/s/ Robert A. Bailey_____
            Robert A. Bailey

21           rbailey@afrct.com
         Attorneys for Defendant

22         WELLS FARGO BANK, N.A.

23

24

25

26

27

28

93000/FR2349/01781641-1          2

Case: 17-03042  Doc# 7  Filed: 06/29/17  Entered: 06/29/17 17:37:47  Page 2 of 2