| | |
|---|---|
| 1 | Robert A. Bailey (#214688)<br>    rbailey@afrct.com |
| 2 | Michael Rapkine (#222811)<br>    mrapkine@afrct.com |
| 3 | ANGLIN, FLEWELLING, RASMUSSEN,<br>    CAMPBELL & TRYTTEN LLP |
| 4 | 301 North Lake Avenue, Suite 1100<br>Pasadena, California 91101 |
| 5 | Tel: (626) 535-1900 | Fax: (626) 577-7764 |
| 6 | Attorneys for Defendant<br>WELLS FARGO BANK, N.A., successor<br>by merger with Wells Fargo Bank |
| 7 | Southwest, N.A., f/k/a Wachovia Mortgage,<br>FSB and World Savings Bank, FSB |
| 8 | ("Wells Fargo") |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: ELY S. TANGONAN; and<br>SONIA P. TANGONAN,<br><br>            Debtors. | Case No.: 13-32430-HLB<br><br>Adv. Case No.: 17-03042-HLB<br><br>Chapter 13 |
| ELY S. TANGONAN; and<br>SONIA P. TANGONAN,<br><br>            Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.;<br>WORLD SAVINGS, FSB;<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP, a Limited Liability<br>Partnership; BSI FINANCIAL SERVICES;<br>and DOES 1 through 5, inclusive.<br><br>            Defendants. | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE ADVERSARY COMPLAINT**<br><br>Date:     September 7, 2017<br>Time:    2:00 p.m.<br>Judge:   The Hon. Hannah L. Blumenstiel<br>Place:    U.S. Bankruptcy Court<br>            Courtroom 19<br>            450 Golden Gate Ave., 16th Floor<br>            San Francisco, CA 94102 |

Pursuant to Rule 201(b)(2) of the Federal Rules of Evidence, defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby requests that the Court take judicial notice of the following documents submitted in support of its motion to dismiss the adversary complaint:

1.     Certificate of Corporate Existence dated April 21, 2006, Office of Thrift Supervision, Department of the Treasury (attached as Exhibit A).

93000/FR2349/01781652-3

1

2. Letter dated November 19, 2007, Office of Thrift Supervision, Department of the Treasury (attached as Exhibit B).

3. Charter of Wachovia Mortgage, FSB dated December 31, 2007. (attached as Exhibit C).

4. Official Certification of the Comptroller of the Currency ("OCC") stating that effective November 1, 2009, Wachovia Mortgage, FSB converted to Wells Fargo Bank Southwest, N.A., which then merged with and into Wells Fargo Bank, N.A. (attached as Exhibit D).

5. Federal Deposit Insurance Corporation ("FDIC") profile and history of World Savings Bank, FSB, dated March 14, 2012, from the FDIC's official website, reflecting its transition to Wells Fargo Bank, N.A. (attached as Exhibit E).

6. Deed of Trust dated December 8, 2003 and recorded in the official records of the San Mateo County Recorder's Office on December 17, 2003 as Document No. 2003-347920 (attached as Exhibit F).

7. Open End Deed of Trust dated February 22, 2006 and recorded in the official records of the San Mateo County Recorder's Office on March 1, 2006 as Document No. 2006-030281 (attached as Exhibit G).

8. Notice of Default and Election to Sell Under Deed of Trust dated October 26, 2010, and recorded in the official records of the San Mateo County Recorder's Office on October 27, 2010 as Document No. 2010-126801 (attached as Exhibit H).

9. Notice of Default and Election to Sell Under Deed of Trust dated December 6, 2016, and recorded in the official records of the San Mateo County Recorder's Office on December 7, 2016 as Document No. 2016-129948 (attached as Exhibit I).

10. Complaint filed by plaintiffs on March 27, 2017 in the San Mateo County Superior Court, Case No. 17CIV01299 (attached as Exhibit J).

Judicial notice is appropriate for Exhibits A through E, because these records are true and correct copies of documents reflecting official acts of the executive branch of the United States. *See* Fed. R. Evid. 201(b). Furthermore, judicial notice is appropriate for information obtained

from governmental websites. *Paralyzed Veterans of Am. v. McPherson*, 2008 U.S. Dist. LEXIS 69542, *17-18 (N.D. Cal. Sept. 8, 2008) (court took judicial notice of information appearing on and printed from official government websites -- citing numerous decisions from federal circuits and district courts all approving judicial notice of information obtained from government websites); see also, *Hite v. Wachovia Mortg.*, 2010 U.S. Dist. LEXIS 57732, *6-9 (E.D. Cal. June 10, 2010) (court took judicial notice of the exact documents that Wells Fargo introduces in Exhibits A and E above).

Judicial notice is appropriate for Exhibits F through I because these documents are true and correct copies of official public records of the San Mateo County Recorder's Office, whose authenticity is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. See e.g., *Gamboa v. Tr. Corps & Cent. Mortg. Loan Servicing Co.*, 2009 U.S. Dist. LEXIS 19613, *4-10 (N.D. Cal. Mar. 12, 2009) (court took judicial notice of recorded documents related to the foreclosure sale, including grant deed and deed of trust: "[t]hese documents are also part of the public record and are easily verifiable. See Fed. R. Evid. 201(b); *Castillo-Villagra v. INS*, 972 F.2d 1017, 1026 (9th Cir. 1992) (holding that notice may be taken of facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned).")

Judicial notice is appropriate for Exhibit J because this document is a true and correct copy of an official record of the San Mateo County Superior Court, whose authenticity "is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b)(2).

Respectfully submitted,

Dated: June 29, 2017    ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP

By: /s/ Robert A. Bailey
 Robert A. Bailey
 Attorneys for Defendant
 WELLS FARGO BANK, N.A.