```
1   Robert A. Bailey (#214688)
       rbailey@afrct.com
2   Michael Rapkine (#222811)
       mrapkine@afrct.com
3   ANGLIN, FLEWELLING, RASMUSSEN,
       CAMPBELL & TRYTTEN LLP
4   301 North Lake Avenue, Suite 1100
    Pasadena, California 91101
5   Tel: (626) 535-1900 | Fax: (626) 577-7764

6   Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor
7   by merger with Wells Fargo Bank
    Southwest, N.A., f/k/a Wachovia Mortgage,
8   FSB and World Savings Bank, FSB
    ("Wells Fargo")
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ELY S. TANGONAN; and SONIA P. TANGONAN,<br><br>　　　　　Debtors. | Case No.: 13-32430-HLB<br>Adv. Case No.: 17-03042-HLB<br>Chapter 13 |
| ELY S. TANGONAN; and SONIA P. TANGONAN,<br><br>　　　　　Plaintiffs,<br>　　v.<br>WELLS FARGO BANK, N.A.; WORLD SAVINGS, FSB; BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, a Limited Liability Partnership; BSI FINANCIAL SERVICES; and DOES 1 through 5, inclusive,<br><br>　　　　　Defendants. | **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 301 N. Lake Ave, Suite 1100 Pasadena, CA 91101-4158

On the date below, I served a copy of the foregoing document entitled:

1. **DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE ADVERSARY COMPLAINT**

2. **DEFENDANT WELLS FARGO'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**

3. **NOTICE OF HEARING REGARDING DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE ADVERSARY COMPLAINT**

4. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE ADVERSARY COMPLAINT**

on the interested parties in said case as follows:

**Served By Means Other than Electronically
Via the Court's CM/ECF System**

*Plaintiffs, Pro Se*

Sonia P. Tangonan
Ely S. Tangonan
143 Hillcrest Drive
Daly City, CA 94014
510.376.9023

☒ **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on .

| Marianne Mantoen | /s/ *Marianne Mantoen* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |